No. 666. BRITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *James Leon Young* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Frederick Youngman* for the United States.

No. 667. GORIN ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *John F. Cogan, Jr.,* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 668. CHAMBERS v. ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 388. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 1267 v. DADE COUNTY ET AL. Motion for leave to supplement petition for writ of certiorari granted. Petition for writ of certiorari to the Supreme Court of Florida denied. *Bernard Cushman, Edward D. Cowart* and *Mozart G. Ratner* for petitioner. *Darrey A. Davis* for respondents. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for the National Labor Relations Board.

No. 562. QUECHAN TRIBE OF THE FORT YUMA RESERVATION v. THOMPSON ET AL. Court of Claims. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Wm. Douglas Sellers* for petitioner. *Robert W. Barker, Walter M. Gleason, Claron C. Spencer* and *John W. Cragun* for Thompson et al., and *Solicitor General Cox* and *Roger P. Marquis* for the United States, respondents. Reported below: — Ct. Cl. —.